**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| BRYAN MOTT, Derivatively on Behalf of Nominal Defendant NET POWER INC.,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL J. RICE, IV, AKASH PATEL, BRIAN ALLEN, RALPH ALEXANDER, PETER J. BENNETT, J. KYLE DERHAM, FREDERICK A. FORTHUBER, JOSEPH T. KELLIHER, CAROL PETERSON, BRAD POLLACK, EUNKYUNG SUNG, and ALEJANDRA VELTMANN,<br><br>Defendants,<br><br>and<br><br>NET POWER INC.,<br><br>Nominal Defendant. | Case No. 1:25-cv-00431-DAB-JGM<br><br>**CONSENT MOTION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND STAYING THE CONSOLIDATED ACTION** |

[Caption continued on following page.]

RANDY TSAI, Derivatively on Behalf of Nominal Defendant NET POWER, INC.,

Plaintiff,

v.

DANIEL J. RICE, IV, AKASH PATEL, BRIAN ALLEN, RALPH ALEXANDER, PETER J. BENNETT, J. KYLE DERHAM, FREDERICK A. FORTHUBER, JOSEPH T. KELLIHER, CAROL PETERSON, BRAD POLLACK, EUNKYUNG SUNG, and ALEJANDRA VELTMANN,

Defendants,

and

NET POWER, INC.,

Nominal Defendant.

Case No. 1:26-cv-00887-DAB-JGM

Plaintiffs Bryan Mott ("Mott") and Randy Tsai ("Tsai" and with Mott, "Plaintiffs"), Defendants Daniel J. Rice, IV, Akash Patel, Brian Allen, Ralph Alexander, Peter J. Bennett, J. Kyle Derham, Frederick A. Forthuber, Joseph T. Kelliher, Carol Peterson, Brad Pollack, and Alejandra Veltmann (collectively, the "Individual Defendants,") and Nominal Defendant Net Power Inc. ("Net Power" or the "Company" and with the Individual Defendants, "Defendants" and with Plaintiffs, the "Parties"), by and through undersigned counsel, move as follows:

WHEREAS, on May 29, 2025, Plaintiff Mott filed a verified stockholder derivative complaint on behalf of Net Power against the Individual Defendants styled as *Mott v. Rice, et al.*, 1:25-cv-00431-WO-JLW (M.D.N.C.)(the "*Mott* Action");

WHEREAS, on September 17, 2025, the parties to the *Mott* Action filed a consent motion to stay the *Mott* Action (Dkt. No. 13, *Mott* Action) pending resolution of the motion to dismiss in the related securities class action captioned *Luciani v. NET Power Inc., et al.*, Case No. 1:25-cv-00296-WO-JLW (M.D.N.C.) (the "Securities Class Action");

WHEREAS, on October 15, 2025, the Court granted the consent motion, staying the *Mott* Action (Dkt. No. 14, *Mott* Action)(the "Stay Order");

WHEREAS, on August 28, 2026, Plaintiff Tsai filed a verified stockholder derivative complaint on behalf of Net Power against the Individual Defendants styled as *Tsai v. Rice, et al.*, 1:26-cv-00887-JGM-DAB(M.D.N.C.)(the "*Tsai* Action" and with the *Mott* Action, the "Derivative Actions")(Dkt. No. 1, *Tsai* Action);

WHEREAS, the Parties agree that the Derivative Actions contain substantially similar factual and legal contentions and that the administration of justice would be best served by consolidating the Derivative Actions;

WHEREAS, this motion is not a waiver of any party's rights, remedies, claims, or defenses.

NOW, THEREFORE, THE PARTIES HEREBY MOVE, through their respective counsel, for an Order specifying that:

1. The Stay Order is temporarily lifted for the limited purpose of the filing of, and ruling on, this Consent Motion.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the *Mott* and *Tsai* Actions are hereby consolidated for all purposes, including pretrial proceedings, trial, and

appeal, and are referred to herein as the "Consolidated Action."

3. The file in *Mott v. Rice, et al.*, Case No. 1:25-cv-00431-DAB-JGM, shall constitute the Master File for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "This Document Relates to All Actions" shall be placed on the cover page. When a pleading applies only to some, not all, of the actions, the document shall list on the cover page the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in that action.

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

| | |
|---|---|
| IN RE NET POWER, INC. DERIVATIVE LITIGATION, | Master File No. 1:25-cv-00431-DAB-JGM |

5. In order to realize the efficiencies made possible by consolidation of the Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. ("Brown Law")and The Rosen Law Firm, P.A. ("Rosen Law") are designated Co-Lead Counsel for plaintiffs in the Consolidated Action. *See* Firm Résumés

attached hereto as Exhibits A and B. Defendants take no position on the appointment of Co-Lead Counsel for plaintiffs.

6. Co-Lead Counsel shall represent plaintiffs in the prosecution of the Consolidated Action, determine and present to the Court and opposing parties the position of plaintiffs on all matters arising during pretrial negotiations, delegate and monitor the work performed by plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the plaintiffs the initiation and conduct of discovery proceedings at the appropriate time, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely on all agreements made with either of Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

7. The Order granting this Consent Motion shall apply to each shareholder derivative action arising out of the same transactions and occurrences and asserting derivative federal

and/or state law claims filed in this Court, removed to this Court, reassigned to this Court, or transferred here, and Co-Lead Counsel shall assist the Court by calling to the attention of the Court the filing, removal, reassignment, or transfer of any such action, and Co-Lead Counsel shall assure that counsel therein receive notice of this Consent Motion and Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions instituted herein, which actions shall be consolidated into the Consolidated Action.

8. The terms of the Stay Order staying the *Mott* Action shall apply to the Consolidated Action upon the entry of an Order granting this Consent Motion.

Respectfully Submitted,

October 14, 2026

**HAUSLER LAW FIRM, PLLC**

*<u>/s/ Kurt F. Hausler</u>*
Kurt. F. Hausler
N.C. Bar No. 22103
524 East Boulevard
Charlotte, NC 28203
Telephone: (704) 247-3255
Fax: (704) 247-3267
khausler@hauslerlaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
1350 Avenue of the Americas,
Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Fax: (516) 344-6204
tbrown@thebrownlawfirm.net

*Special Appearance Counsel for Plaintiff Bryan Mott and [Proposed] Co-Lead Counsel*

October 14, 2026

**BLUE LLP**
/s/ *Dhamian A. Blue*
Dhamian A. Blue
N.C. Bar No. 31405
205 Fayetteville Street
Suite 2300
Raleigh, NC 27601
Phone: (919) 833-1931
Fax: (919) 833-8009
Email: dab@bluellp.com

*Local Civil Rule 83.1 Counsel for Plaintiff Randy Tsai*

**THE ROSEN LAW FIRM, P.A.**
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: 212.686.1060
Fax: 212.202-3827
Email: estone@rosenlegal.com

*Special Appearance Counsel for Plaintiff Randy Tsai and [Proposed] Co-Lead Counsel*

October 14, 2026

**SMITH ANDERSON**

/s/ *Christopher G. Smith*
Christopher G. Smith

North Carolina Bar No. 22767
Edward F. Roche
North Carolina Bar No. 55434
150 Fayetteville St.
Suite 2300
Raleigh, NC 27601
Telephone: (919) 821-6745
Fax: (919)821-6800
csmith@smithlaw.com
eroche@smithlaw.com

*Local Civil Rule 83.1 Counsel for Defendants Daniel J. Rice, IV, Akash Patel, Brian Allen, Ralph Alexander, Peter J. Bennett, J. Kyle Derham, Frederick A. Forthuber, Carol Peterson, Brad Pollack, Alejandra Veltmann, and Net Power Inc. and Counsel for Defendant Joseph T. Kelliher*

**KING & SPALDING LLP**
Jessica P. Corley
B. Warren Pope
Brandon R. Keel
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
jpcorley@kslaw.com
wpope@kslaw.com
bkeel@kslaw.com

*Special Appearance Counsel for Defendants Daniel J. Rice, IV, Akash Patel, Brian Allen, Ralph Alexander, Peter J. Bennett, J. Kyle Derham, Frederick A. Forthuber, Carol Peterson, Brad Pollack, Alejandra Veltmann, and Net Power Inc.*

## **RULE 7.1 CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 7.1.

This 14th day of October, 2026.

*/s/ Christopher G. Smith*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

This 14th day of October, 2026.

*/s/ Christopher G. Smith*